IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

ALFONSO MORALES and
DAVID KOLATSKI,

**Plaintiffs,**

v.

POLICE CHIEF ARTHUR JONES,
DEPUTY MONICA RAY, and
CITY OF MILWAUKEE,

**Defendants.** No. 00-CV-0618-DRH

### ORDER

**HERNDON, District Judge:**

Pending before the Court is Plaintiffs' April 21, 2005, motion in limine (Doc. 78). Specifically, Plaintiffs move the Court to preclude the Defendants from introducing any testimony or evidence of the following: (1) any testimony from Drita Spahui for failure to timely disclose; (2) Exhibit 1001 for failure to timely disclose and (3) Exhibit 1002 for failure to timely disclose. As of this date, Defendants have not responded to the motion in limine.[1] Based on the failure to respond to the motions, the Court **GRANTS** the motion in limine (Doc. 78). The Court **EXCLUDES**

---

[1] **Civil L.R. 7.1(b)** provides in part: "the opposing party must a response brief, and, when necessary, affidavits or other documents within 21 days of service of the motion."

the following evidence at trial: the testimony of Drita Spahui and Exhibits 1001 & 1002.

**IT IS SO ORDERED.**

Signed this 12th day of October, 2005.

<pre>                                         /s/         David RHerndon
                                         United States District Judge</pre>

Page 2 of 2

Case 2:00-cv-00618-DRH   Filed 10/12/05   Page 2 of 2   Document 100