IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

ALFONSO MORALES and
DAVID KOLATSKI,

Plaintiffs,

v.

POLICE CHIEF ARTHUR JONES,
DEPUTY MONICA RAY, and
CITY OF MILWAUKEE,

Defendants.                                              No. 00-C-0618-DRH

### ORDER

**HERNDON, District Judge:**

Pending before the Court is Plaintiff Morales' motion for order to reschedule telephone conference pursuant to Rule 7.4 expedited non-dispositive motion (Doc. 157). Said motion is **GRANTED**. The Court **SETS** this matter for a telephone conference on February 21, 2008 at 1:30 p.m. Defense counsel shall arrange the call to (618) 482-9447.

**IT IS SO ORDERED.**

Signed this 4th day of February, 2008.

/s/     DavidRHerndon
United States District Judge