IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

ALFONSO MORALES

**Plaintiff,**

v.

**POLICE CHIEF ARTHUR JONES,
DEPUTY MONICA RAY, and
CITY OF MILWAUKEE,**

**Defendants.**                                             No. 00-C-0618-DRH

## ORDER

**HERNDON, District Judge:**

This matter is before the Court for case management. As the parties are aware, the case is set for jury trial on June 23, 2008. Thus, the Court **ORDERS** the parties to submit proposed jury instructions to the Court on the first day of trial. An original and one copy of each instruction shall be submitted to the Court and duplicates shall be delivered to opposing counsel. The original of each proposed instruction shall be on 81/2" x 11" plain white paper without any designation or number. The copy shall be numbered, identify the authority supporting the instruction and which party tenders it. Also, the jury instructions should be produced in a word processing program and submitted on a diskette.

**IT IS SO ORDERED.**

Signed this 12th day of June, 2008.

/s/     *David R Herndon*
United States District Judge