UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

ALFONSO MORALES,

    Plaintiff,

v.                                            Case No. 00-C-0618

POLICE CHIEF ARTHUR JONES,
DEPUTY CHIEF MONICA RAY,

    Defendants.

## ORDER FOR DISMISSAL

Upon all of the records, files and proceedings heretofore had in this action, and further upon the above stipulation of the parties;

IT IS HEREBY ORDERED that the above-captioned case be and is hereby dismissed with prejudice and without costs to any party.

Dated this 31st day of October, 2008.

                                            BY THE COURT:

                                            /s/     David R Herndon
                                            DAVID R. HERNDON
                                            United States District Court